DEBRA W. YANG
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SARA R. ROBINSON
Assistant United States Attorney
California State Bar #147437
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6585
    Facsimile: (213) 894-7819

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV 02-7369 MMM(CWx) |
| Plaintiff, | NOTICE OF DISMISSAL OF |
| v. | ALVIN JAMES AIKEN, PARTY |
| 5.00 ACRES OF LAND, MORE OR LESS, SITUATED IN THE COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA; AND ESTATE OF RUTH M. ROSS, DIANNE E. ROSS, Executor; ROYCE I. RISINGER; COUNTY OF SAN BERNARDINO, TAX COLLECTOR; ROY SMITH; DORIS C. RENNICK; ALVIN JAMES AIKEN, JEANETTE M. AIKEN, AND ALVIN JUDE AIKEN; SAMUEL S. MALOOF; GEORGE W. KRIEGH; BARRY FEINSTEIN; THE ESTATE OF ALAN PARISER, BARBARA ADLER, Special Administrator; CHARLES R. McKINNEY AND NORMA M. McKINNEY; FRANK E. MOXLEY; FRANK WININGER by SHARALYN WININGER, widow; LAWRENCE POWER; DARLEEN | DEFENDANT Pursuant to F.R.Civ.P. 41(a)(1)(i); ORDER [PROPOSED] TRACT 101-67 |

Tract 101-67.Ross ntcdis/SRR:mn

| | |
|---|---|
| 1 | A. FELTGES; FLORENCE R. LANDIS, )
| 2 | )
| 3 | Defendants. )

TO: DEFENDANTS IN PROPRIA PERSONA

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(i), F.R.Civ.P., and a Suggestion of Death upon the Record, filed concurrently herewith, Plaintiff United States of America, hereby dismisses Alvin James Aiken, Party Defendant.

This dismissal is based upon the fact that Alvin James Aiken passed away on August 1, 2002. A certified copy of the Death Certificate from the County of Los Angeles, California is attached to plaintiff's Suggestion of Death Upon the Record, filed concurrently herewith. An uncertified copy of the Death Certificate from the County of Los Angeles, California, is attached hereto as Exhibit "A".

DATED: March 20, 2003

                                                 DEBRA W. YANG
                                                 United States Attorney
                                                 LEON W. WEIDMAN
                                                 Assistant United States Attorney
                                                 Chief, Civil Division

                                                 /s/ Sara R. Robinson
                                                 SARA R. ROBINSON
                                                 Assistant United States Attorney

                                                 Attorneys for Plaintiff

                                                 ORDER

IT IS SO ORDERED

DATED: March 25, 2003.

                                                 /s/ Margaret M. Morrow
                                                 United States District Judge

EXHIBIT A

## STATE OF CALIFORNIA
### CERTIFICATION OF VITAL RECORD

## COUNTY OF LOS ANGELES • REGISTRAR-RECORDER/COUNTY CLERK

### CERTIFICATE OF DEATH
STATE OF CALIFORNIA

State File Number: 3 2002 19 033134

**DECEDENT PERSONAL DATA**
- 1. Name of Decedent—First (Given): ALVIN
- 2. Middle: JAMES
- 3. Last (Family): AIKEN
- 4. Date of Birth: 05/01/1917
- 5. Age Yrs: 85
- 6. Sex: MALE
- 7. Date of Death: 08/01/2002
- 8. Hour: 1230
- 9. State of Birth: LA
- 10. Social Security No: 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
- 11. Military Service: Yes [X]
- 12. Marital Status: MARRIED
- 13. Education—Years Completed: 12
- 14. Race: WHITE
- 15. Hispanic: No [X]
- 16. Usual Employer: TODD SHIPYARD
- 17. Occupation: QUARTERMASTER
- 18. Kind of Business: SHIP BUILDING
- 19. Years in Occupation: 38

**USUAL RESIDENCE**
- 20. Residence—Street and Number or Location: 861 W. 5TH ST.
- 21. City: SAN PEDRO
- 22. County: LOS ANGELES
- 23. Zip Code: 90731
- 24. Yrs in County: 59
- 25. State or Foreign Country: CA

**INFORMANT**
- 26. Name, Relationship: JEANETTE AIKEN-WIFE
- 27. Mailing Address: 861 W. 5TH ST. SAN PEDRO, CA 90731

**SPOUSE AND PARENT INFORMATION**
- 28. Name of Surviving Spouse—First: JEANETTE
- 29. Middle: MARIE
- 30. Last (Maiden Name): FERNANDEZ
- 31. Name of Father—First: EDWARD
- 32. Middle: UNKNOWN
- 33. Last: AIKEN
- 34. Birth State: UNKNOWN
- 35. Name of Mother—First: MAUDE
- 36. Middle: UNKNOWN
- 37. Last (Maiden): UNKNOWN
- 38. Birth State: UNKNOWN

**DISPOSITION(S)**
- 39. Date: 08/07/2002
- 40. Place of Final Disposition: GREEN HILLS MEM'L PARK 27501 S. WESTERN RANCHO PALOS VERDES, CA 90275
- 41. Type of Disposition: BURIAL
- 42. Signature of Embalmer: NOT EMBALMED
- 43. License No: —
- 44. Name of Funeral Director: GREEN HILLS MORTUARY
- 45. License No: FD 1175
- 46. Signature of Local Registrar
- 47. Date: 08/05/2002

**PLACE OF DEATH**
- 101. Place of Death: LITTLE CO. OF MARY-SAN PEDRO HOSP. [X] IP
- 104. County: LOS ANGELES
- 105. Street Address: 1300 W. 7TH ST.
- 106. City: SAN PEDRO

**CAUSE OF DEATH**
- 107. Death was caused by:
  - (A) Immediate Cause: MYOCARDIAL INFARCTION — 5 MINS
  - (B) Due to:
  - (C) Due to:
  - (D) Due to:
- 108. Death Reported to Coroner: No [X]
- 109. Biopsy Performed: No [X]
- 110. Autopsy Performed: No [X]
- 112. Other Significant Conditions: COLON CANCER
- 113. Was Operation Performed: NO

**PHYSICIAN'S CERTIFICATION**
- 114. Decedent Attended Since: 01/19/1999; Last Seen Alive: 08/01/2002
- 115. Signature and Title of Certifier
- 116. License No: G27806
- 117. Date: 08/01/2002
- 118. Type Attending Physician's Name: MORRIS TAUB, MD 658 W. 7TH ST. SAN PEDRO, CA 90731

This is to certify that this document is a true copy of the official record filed with the Registrar-Recorder/County Clerk.

CONNY B. McCORMACK
Registrar-Recorder/County Clerk

MAR 13 2003

*190815925*

This copy not valid unless prepared on engraved border displaying the Seal and Signature of the Registrar-Recorder/County Clerk.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

## PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On March 20, 2003, I served **NOTICE OF DISMISSAL OF ALVIN JAMES AIKEN, PARTY DEFENDANT Pursuant to F.R.Civ.P. 41(a)(1)(i); ORDER [PROPOSED]** on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: March 20, 2003. Place of mailing: Los Angeles, California.

**Person(s) and/or Entity(ies) to Whom mailed:**

*SEE ATTACHED LIST*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: March 20, 2003 at Los Angeles, California.

_____
Massey Naimiakbar

TRACT 101.67

<u>5.0 ACRES OF LAND, MORE OR LESS, SITUATED IN THE COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA; AND RUTH M. ROSS, By QUITCLAIM DEED RECORDED MARCH 15, 1976, IN BOOK 8883, PAGE 780, OFFICIAL RECORDS (aka MAXINE R. CHAPMAN) et al.,</u>

**\*\*SERVICE LIST\*\***

1. Estate of Ruth M. Ross,
   Dianne E. Ross, Executor
   Sunset Hall
   2830 Francis Avenue
   Los Angeles, CA 90005

2. Royce I. Risinger
   7859 Adwen Street
   Downey, California 90241

3. County of San Bernardino
   Tax Collector
   Hall of Records
   172 West Third Street
   San Bernardino, CA 92415

4. Roy Smith
   16479 Ivy Avenue
   Fontana, California 92335-3353

5. Doris C. Rennick
   6462 Ruth Drive
   Yucca Valley, California 92284-5752

6. Alvin James Aiken and Jeanette
   M. Aiken and Alvin Jude Aiken
   861 W. 5th Street
   San Pedro, CA 90731

7. Samuel Maloof
   P.O. Box 51
   5131 Carnelian Street
   Alta Loma, California 91701

8. George W. Kriegh
   Roadrunner Club #46
   P.O. Box 1576
   Borrego Springs, California 92004

9. Barry Feinstein
   P.O. Box 135
   Bearsville, NY 12409

10. The Estate of Alan Pariser,
    Barbara Adler, Special Administrator
    c/o Steven Gore, CPA
    15650 Devonshire Street, #100
    Granada Hills, California 91344

11. Charles R. McKinney and
    Norma M. McKinney
    6259 Lockwood
    Windsor, California 95492-9109

12. Frank E. Moxley
    P.O. Box 222
    Lytle Creek, California 92358

13. Frank Wininger,
    by Sharalyn Wininger, widow
    1534 Murray Circle
    Los Angeles, California 90026

14. Lawrence Power
    6415 Yucca Avenue
    Twentynine Palms, CA 92277

15. Darleen A. Feltges
    8081 Wesley Drive
    Joshua Tree, California 92252

16. Florence R. Landis
    P.O. Box 4233
    West Hills, California 91308-4233