FILED
CLERK, U.S. DISTRICT COURT

JUL 16 2003

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

$\mathcal{S}_{\mathcal{E}N}\mathcal{R}$

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA | CASE NUMBER |
| PLAINTIFF(S) | CV 02-7369  MMM (CWx) |
| v. | |
| 5.00 ACRES OF LAND, MORE OR LESS, SITUATED IN THE COUNTY OF SAN BERNARDINO, STATE OF CA, ET AL | **DEFAULT BY CLERK** **F.R.Civ.P. 55(a)** |
| DEFENDANT(S). | |

It appearing from the records in the above-entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a),  that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

| | |
|---|---|
| FLORENCE R LANDIS | SUSAN S MALOOF |
| ROYCE I RISINGER | BARRY FEINSTEIN |
| COUNTY OF SAN BERARDINO, TAX COLLECTOR | ESTATE OF ALAN PARISER, BARBARA ADLER, |
| ROY SMITH | SPECIAL ADMINISTRATOR |
| DORIS C RENNICK | CHARLES R MCKINNEY |
| JEANETTE M AIKEN | NORMA M MCKINNEY |
| ALVIN JUDE AIKEN | LAWRENCE POWER |
| THE ESTATE OF RUTH M ROSS, DIANNE E ROSS, | DARLEEN A FELTGES |
| PERSONAL REPRESENTATIVE/EXECUTOR | |

Clerk, U. S. District Court

ENTERED ON ICMS

JUL 16 2003

CV

7/16/03
Date

By  B GRAY
Deputy Clerk

41