

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CASE NO. CV 02-7369 MMM (CWx) |
| Plaintiff, | ) |
| vs. | ) FINAL JUDGMENT AND ORDER |
| | ) DETERMINING JUST COMPENSATION |
| 5.00 ACRES OF LAND, MORE OR LESS, SITUATED IN THE COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA; AND RUTH M. ROSS, BY QUITCLAIM DEED RECORDED MARCH 15, 1976 IN BOOK 8883, PAGE 780, OFFICIAL RECORDS (aka MAXINE R. CHAPMAN); ROYCE I. RISINGER; COUNTY OF SAN BERNARDINO, TAX COLLECTOR; ROY SMITH; DORIS C. RENNICK; ALVIN JAMES AIKEN, JEANETTE M. AIKEN, AND ALVIN JUDE AIKEN; SAMUEL S. MALOF; GEORGE W. KRIEGH; BARRY FEINSTEIN; THE ESTATE OF ALAN PARISER, BARBARA ADLER, Special Administrator; CHARLES R. McKINNEY AND NORMA M. McKINNEY; FRANK E. MOXLEY; FRANK WININGER by SHARALYN WININGER, widow; LAWRENCE POWER; DARLEEN A. FELTGES; FLORENCE R. LANDIS, | ) |
| Defendants. | ) |



1  On March 1, 2004, the court granted the motion of plaintiff United States of America for entry of final judgment in condemnation and to determine ownership and distribution of just compensation. Based on the findings recited in that order,

IT IS ORDERED AND ADJUDGED

1. That the Estate of Ruth M. Ross, Diane E. Ross, Executor is the only party entitled to receive just compensation for the taking of defendant property;

2. That the amount of just compensation is $35,000.

DATED: March 1, 2004

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE