1  DEBRA W. YANG
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   SARA R. ROBINSON
4  Assistant United States Attorney
   California State Bar #147437
5        Room 7516, Federal Building
         300 North Los Angeles Street
6        Los Angeles, California 90012
         Telephone: (213) 894-6585
7        Facsimile: (213) 894-7819

8  Attorneys for Plaintiff United States of America

9                UNITED STATES DISTRICT COURT

10         FOR THE CENTRAL DISTRICT OF CALIFORNIA

11                      WESTERN DIVISION

12 | UNITED STATES OF AMERICA, ) NO. CV 02-7369 MMM(CWx)
13 |         Plaintiff,          )
14 |     v.                      ) ORDER DISTRIBUTING
15 | 5.00 ACRES OF LAND, MORE OR ) REMAINING FINAL JUST
   | LESS, SITUATED IN THE       )
16 | COUNTY OF SAN BERNARDINO,   ) COMPENSATION;
   | STATE OF CALIFORNIA; AND    )
17 | RUTH M. ROSS, BY QUITCLAIM  ) [PROPOSED]
   | DEED RECORDED MARCH 15,     )
18 | 1976 IN BOOK 8883, PAGE 780,)
   | OFFICIAL RECORDS (a.k.a.    )
19 | MAXINE R. CHAPMAN); ROYCE   ) TRACT 101-67
   | I. RISINGER; COUNTY OF SAN  )
20 | BERNARDINO, TAX             )
   | COLLECTOR; ROY SMITH;       )
21 | DORIS C. RENNICK; ALVIN     )
   | JAMES AIKEN, JEANETTE M.    )
22 | AIKEN, AND ALVIN JUDE       )
   | AIKEN; SAMUEL S. MALOOF;    )
23 | GEORGE W. KRIEGH; BARRY     )
   | FEINSTEIN; THE ESTATE OF    )
24 | ALAN PARISER, BARBARA       )
   | ADLER, Special Administrator;)
25 | CHARLES R. McKINNEY AND     )
   | NORMA M. McKINNEY; FRANK    )
26 | E. MOXLEY; FRANK WININGER   )
   | by SHARALYN WININGER,       )
27 | widow; LAWRENCE POWER;      )
   | DARLEEN A. FELTGES;         )
28 | FLORENCE R. LANDIS,         )
   |                             )
   |         Defendants.         )



To the Financial Clerk, United States District Court:

1. The Financial Clerk is ORDERED to forthwith issue a check in the amount of Five Thousand Dollars and No Cents ($5,000.00), along with any interest, which is the remaining just compensation in the instant case which remains in the Court's registry and,

2. The Clerk shall mail the check via U.S. Mail to:

> Estate of Ruth M. Ross,
> Dianne E. Ross, Executor
> C/O Melissa Ross
> 325 Canham Road
> Scots Valley, CA 95066

Dated: June 3, 2004.

*Margaret M. Morrow*
UNITED STATES DISTRICT JUDGE

Presented by:

DEBRA W. YANG
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

*Sara R. Robinson*
SARA R. ROBINSON
Assistant United States Attorney

Attorneys for Plaintiff

2

## PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On June 2, 2004, I served **ORDER DISTRIBUTING REMAINING FINAL JUST COMPENSATION; [PROPOSED]** on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: June 2, 2004. Place of mailing: Los Angeles, California.

**Person(s) and/or Entity(ies) to Whom mailed:**

*SEE ATTACHED LIST*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: June 2, 2004 at Los Angeles, California.

_____
Massey Naimiakbar

TRACT 101.67

5.0 ACRES OF LAND, MORE OR LESS, SITUATED IN THE COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA; AND RUTH M. ROSS, By QUITCLAIM DEED RECORDED MARCH 15, 1976, IN BOOK 8883, PAGE 780, OFFICIAL RECORDS (aka MAXINE R. CHAPMAN) et al.,

## **SERVICE LIST**

1. Sharalyn Wininger
   P.O. Box 165
   Mansfield, Ontario, Canada L0N1M0

2. Diane Ross
   C/O Melissa Ross
   325 Canham Rd.
   Scotts Valley, CA 95066